JS - 6/ENTER

*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — DEC 19 2012 — CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — DEC 19 2012 — CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ROBERTS, et al.,<br><br>    Defendant. | Case No. EDCV 12-0294-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: December 14, 2012

*/s/ Valerie Baker Fairbank*

Valerie Baker Fairbank
United States District Judge