JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ROBERTS, et al.,<br><br>    Defendant. | Case No. EDCV 12-0294-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: December 14, 2012

_Valerie Baker Fairbank_
Valerie Baker Fairbank
United States District Judge